S. SHANKEN METAL CEILING COMPANY, INC., Respondent, *v.* FORT MASONRY COMPANY et al., Respondents, and SAMUEL RABINOWITZ et al., Appellants.

*S. Shanken Metal Ceiling Co.* v. *Fort Masonry Co.*, 174 App. Div. 856, affirmed.

(Argued November 25, 1918; decided December 10, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 20, 1916, affirming a judgment in favor of plaintiff and defendant, respondent, entered upon a decision of the Bronx County Court at a Trial Term without a jury in an action to foreclose a mechanic's lien.  Plaintiff was a subcontractor of the defendant Fort Masonry Company which by its answer set up a claim for foreclosure of a mechanic's lien filed by it.  The answer of the defendants, appellants, the owners, denied that the general contractor had substantially performed its contract and as a separate defense alleged the execution by said contractor of an agreement of indemnity which it had failed to perform.

*Emil Weitzner* and *David Steckler* for appellants.

*Louis Weinberger* for plaintiff, respondent.

*Bernard Gordon* and *William Jasie* for defendants, respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND and ANDREWS, JJ. Not sitting: McLAUGHLIN, J.